UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KENNETH WEBB,

        Plaintiff

  v.                           C-1-12-984

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

### ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 16) to which neither party has objected.

Upon a de novo review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objections by the parties, this Court accepts the Report as uncontroverted. The Report and Recommendation is **ADOPTED AND INCORPORATED herein.**

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 16), defendant's decision is REVERSED AND REMANDED under Sentence Four solely for consideration of plaintiff's limitations in concentration, persistence and pace.

This case is TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                       s/Herman J. Weber
                                      **Herman J. Weber, Senior Judge**
                                         **United States District Court**